**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BMO BANK N.A., | Case No. 2:23-cv-10106-JFW-RAO |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER** |
| TDC TRUCKING INC., a California corporation, and TAIWAN CAMERON SR., an individual, | |
| Defendants. | |

WHEREAS, on November 30, 2023, Plaintiff BMO Bank N.A. ("Plaintiff") commenced this action by filing a verified complaint against defendants TDC Trucking Inc. and Taiwan Cameron Sr. (collectively, the "Defendants") seeking the repayment of certain equipment financing loans, as evidenced by the Loan Agreements enjoining the Defendants from further use of the Collateral and directing Defendants to advise Plaintiff (or its counsel) of the location of the Collateral and to surrender the Collateral to Plaintiff or otherwise make the Collateral available to Plaintiff. Dkt. No. 1;

WHEREAS, Default against Defendants was duly entered in the office of the Clerk of the Court on January 24, 2024. Dkt. No. 13;

WHEREAS, on February 16, 2024, Plaintiff filed a Motion for Default Judgment (the "Motion");[1] and

WHEREAS, Defendants were provided due and proper notice and the opportunity to be heard.

NOW THEREFORE, upon the Motion, the Oliver Affidavit, and the exhibits attached thereto, it is hereby:

**ORDERED and ADJUDGED** that **JUDGMENT** is hereby entered in favor of Plaintiff BMO Bank N.A. and against TDC Trucking Inc. and Taiwan Cameron Sr., jointly and severally, in an amount equal to $788,595.35 as of October 26, 2023, plus an additional $369.45 per day in interest through the date judgment is entered.

**ORDERED and ADJUDGED** that Defendants are enjoined from further use of the Second Loan Collateral and directed to advise Plaintiff (or its counsel) of the location of the Second Loan Collateral and to surrender the Second Loan Collateral to Plaintiff or otherwise make the Second Loan Collateral available to Plaintiff, which Second Loan Collateral is comprised of the following:

   a. one (1) 2022 Peterbilt 389-Series: 389 131" BBC SFFA Tractor 6X4 identified by serial number 1XPXD49X7ND782239.

Judgment entered this 11th day of March, 2024.

BY THE COURT:

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

---

[1] Capitalized terms not defined herein have the meaning provided in the Motion.